JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:20-cv-0452-JLS-ADS                              Date:  September 18, 2020
Title: Sears v. Wilson

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

      Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

     Before the Court is the parties' Stipulation of Dismissal Without Prejudice of (1) Plaintiff/Cross-Defendant Hal Marshall Sears' Complaint and (2) Defendant/Counterclaimant Erica Wilson's Counterclaim (Doc. 24) entered into by counsel for Plaintiff/Cross-Defendant Hal Marshall Sears ("Sears") and Defendant/Counterclaimant Erica Wilson ("Wilson").  The Court ORDERS that this entire action is dismissed, and all claims that were asserted, or that could have been asserted, by either Sears or Wilson in the Complaint and Counterclaim filed in the above-captioned action, are hereby dismissed without prejudice and without fees or costs pursuant to Fed. R. Civ. Proc. 41(a)(2).

Initials of Preparer:  mku